A CERTIFIED TRUE COPY
ATTEST
By Jakeia Mells on Nov 13, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 28, 2008

FILED
CLERK'S OFFICE

**IN RE: LIFELOCK, INC., MARKETING AND SALES PRACTICES LITIGATION**

Franco Vega v. LifeLock, Inc.,
    C.D. California, C.A. No. 8:08-1032  2:08cv2163
Mario Aliano v. LifeLock, Inc.,
    N.D. Illinois, C.A. No. 1:08-4401  2:08cv2164

MDL No. 1977

FILED
RECEIVED
NOV 1 4 2008
CLERK U S DISTRICT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On October 17, 2008, the Panel transferred eight civil actions to the United States District Court for the District of Arizona for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Mary H. Murguia.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Arizona and assigned to Judge Murguia.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Arizona for the reasons stated in the order of October 17, 2008, and, with the consent of that court, assigned to the Honorable Mary H. Murguia.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Arizona. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 13, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION