Kyle L Miller
Allison M Miller
1124 W Elm Ter
Olathe, KS 66061



"In re LifeLock, Inc. Marketing and Sales Practice Litigation, MDL Docket No. 08-1977-MHM-PHX"

Written Objection:

We, Kyle L Miller and Allison M Miller, current LifeLock, Inc members and the undersigned, do hereby formally object to the class action lawsuit referenced above against LifeLock, Inc regarding their advertising and marketing practices. We do not accept or share in the view of those bringing this class action lawsuit that LifeLock, Inc has misrepresented or acted inappropriately or illegally in their advertising and marketing practices. In fact, we believe the exact opposite, in that LifeLock, Inc has correctly presented themselves and their services, and have acted appropriately and swiftly on such presentations of services in preventing our own attempted identity theft in the very recent past.

Please exclude our names from the class of individuals bringing this suit against LifeLock, Inc.

_____        4-20-10
Kyle L Miller                                  Date

_____        4-20-10
Allison M Miller                             Date