ABEL PLAISANCE AND MYRTLE PLAISANCE
1036 St. Ann Street
Marrero LA  70072
(504) 431-7826

May 26, 2010

Clerk of the United States District Court for the District of Arizona
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Suite 130, SPC1
Phoeniz AZ  85003-2118

Attn:  Class Action Objection

Re:  LifeLock, Inc. Marketing and Sales Practice Litigation
MDL Docket No. 08-1977-MHM-PHX

To Whom It May Concern:

We both wish to exclude ourselves from the settlement of the above litigation.  Please remove us from the settlement.

Thank you,

*Abel Plaisance*          *Myrtle Plaisance*

CC:

| ATTN:  CLASS ACTION OBJECTION | ATTN:  CLASS ACTION OBJECTION |
|---|---|
| Peter A. Antonucci | Robert B Carey |
| Greenberg Traurig LLP | Hagens Berman Sobol |
| Met Life Building | Shapiro LLP |
| Room 3932 | 11 W Jefferson St Ste 1000 |
| 200 Park Avenue | Phoenix, AZ  85003 |
| New York, NY  10166 | |