HAGENS BERMAN SOBOL SHAPIRO LLP
Robert B. Carey #011186
Leonard W. Aragon #020977
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
E-Mail: rcarey@hbsslaw.com
        leonard@hbsslaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman (*pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-Mail: steve@hbsslaw.com

Interim Lead Counsel for Plaintiffs

[Additional counsel listed on signature page]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE LIFELOCK, INC., MARKETING AND SALES PRACTICES LITIGATION | MDL Docket Civ. No. 2:08-md-01977 ALL CASES |
| | **NOTICE OF DEPOSITION OF BILLY DANIELS** |
| | (Assigned to Honorable Mary Murguia) |

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30, Fed. R. Civ. P., the deposition will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below before an officer authorized by law to administer oaths.

**PERSON(S) TO BE EXAMINED:**      Billy Daniels

**DATE AND TIME OF DEPOSITION:**   Friday, July 30, 2010 at 9:00 a.m.

| | |
|---|---|
| PLACE OF DEPOSITION: | Hagens Berman Sobol Shapiro LLP<br>700 South Flower Street, Suite 2940<br>Los Angeles, California 90017 |

DATED this 20th day of July, 2010.

        HAGENS BERMAN SOBOL SHAPIRO LLP

By *Robert B. Carey/amw*
Robert B. Carey
Leonard W. Aragon
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101

J. Grant Woods
GRANT WOODS, P.C.
1726 North Seventh Street
Phoenix, Arizona 85006
Telephone: (602) 258-2599
Facsimile: (602) 258-5070
E-mail: gw@grantwoodspc.net

Interim Lead Counsel for Plaintiffs

ORIGINAL of the foregoing hand-delivered
this 20th day of July, 2010, to:

Darrell Palmer
Janine R. Menhennet
LAW OFFICES OF DARRELL PALMER
603 North Highway 101, Suite A
Solana Beach, CA 92075
Attorneys for Objector Billy Daniels

1  COPY of the foregoing mailed
   this 20th day of July, 2010, to:
2

3  Pamela M. Overton
   Peter A. Antonucci
4  GREENBERG TRAURIG, LLP
   2375 East Camelback Road, Suite 700
5  Phoenix, Arizona 85016
6  Attorneys for Defendant LifeLock, Inc.

7

8  Document submitted online
   this 20th day of July, 2010 to:
9

10 ESQUIRE SOLUTIONS
   3800 North Central Avenue,
11 Suite 1700, City Square
   Phoenix, Arizona 85012
12 www.esquireconnect.net

13

14       _____
15
16
...
28

2