**HAGENS BERMAN SOBOL SHAPIRO LLP**
Robert B. Carey #011186
Leonard W. Aragon #020977
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
E-Mail: rcarey@hbsslaw.com
         leonard@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-Mail: steve@hbsslaw.com

Interim Lead Counsel for Plaintiffs

[Additional counsel listed on signature page]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE LIFELOCK, INC., MARKETING AND SALES PRACTICES LITIGATION | MDL Docket Civ. No. 2:08-md-01977 ALL CASES |
| | **NOTICE OF DEPOSITION OF TRACY COX KLINGE** |
| | (Assigned to Honorable Mary Murguia) |

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30, Fed. R. Civ. P., the deposition will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below before an officer authorized by law to administer oaths.

**PERSON(S) TO BE EXAMINED:**   Tracy Cox Klinge

**DATE AND TIME OF DEPOSITION:**   Friday, July 30, 2010 at 9:00 a.m.

| | |
|---|---|
| PLACE OF DEPOSITION: | Greenberg Traurig, LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas, Texas 75201 |

DATED this 20th day of July, 2010.

HAGENS BERMAN SOBOL SHAPIRO LLP

By *Robert B. Carey /amw*
Robert B. Carey
Leonard W. Aragon
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101

J. Grant Woods
GRANT WOODS, P.C.
1726 North Seventh Street
Phoenix, Arizona 85006
Telephone: (602) 258-2599
Facsimile: (602) 258-5070
E-mail: gw@grantwoodspc.net

Interim Lead Counsel for Plaintiffs

ORIGINAL of the foregoing hand-delivered
this 20th day of July, 2010, to:

Tracey Cox Klinge
3132 State Street, Apt. E
Dallas, Texas 75204

1  COPY of the foregoing mailed
   this 20th day of July, 2010, to:
2

3  Pamela M. Overton
   Peter A. Antonucci
4  GREENBERG TRAURIG, LLP
   2375 East Camelback Road, Suite 700
5  Phoenix, Arizona 85016
6  Attorneys for Defendant LifeLock, Inc.

7

8  Document submitted online
   this 20th day of July, 2010 to:
9

10 ESQUIRE SOLUTIONS
   3800 North Central Avenue,
11 Suite 1700, City Square
   Phoenix, Arizona 85012
12 www.esquireconnect.net

13

14

15 _____

16

17

18

19

20

21

22

23

24

25

26

27

28

2