Darrell Palmer (CA SBN 125147) - Pro Hac Vice
Janine R. Menhennet (SBN 163501)
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655
Email: darrell.palmer@palmerlegalteam.com

Attorney for Objector Billy Daniels

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

IN RE LIFELOCK, INC., MARKETING AND SALES PRACTICES LITIGATION

MDL Docket No. 08-md-1977-PHX-MHM

**NOTICE OF APPEAL**

Notice is hereby given that BILLY DANIELS, Objector, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order of Dismissal with Prejudice [218] signed on August 25, 2010, and Judgment in a Civil Case [219] entered on August 31, 2010 (which refer to the Joint Motion for Final Approval of the Class Action Settlement and Entry of Final Judgment and Order of Dismissal [199] and Plaintiffs' Petition for an Award of Attorney's Fees, Expenses and Incentive Fees [209]). Copies of the Order and Judgment are attached hereto.

Dated: September 24, 2010        By: ____/s/ Darrell Palmer_____
                                 Darrell Palmer
                                 Attorney for Objector Billy Daniels

# CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2010, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Arizona by using the USDC CM/ECF system.

Service on participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system, to wit:

Pamela M. Overton  overtonp@gtlaw.com
Kristine K. Campbell  campbellk@gtlaw.com
Peter A. Antonucci  antonuccip@gtlaw.com
Nina D. Boyajian  boyajiann@gtlaw.com

Robert B. Carey  rcarey@hbsslaw.com
Leonard W. Aragon  leonard@hbsslaw.com
Steve W. Berman  steve@hbsslaw.com

Edward H. Britt  ebritt@brittlawgroup.com
Ryan Skiver  rskiver@brittlawgroup.com

George K. Lang  george@freedweiss.com

David S. Paris  david@marksklein.com
Justin M. Klein  justin@marksklein.com

Patrick Howard  phoward@smbb.com
Simon Bahne Paris  sparis@smbb.com

Joel Grant Woods  gw@grantwoodspc.net

Thomas A. Zimmerman Jr  tom@attorneyzim.com

William F. Murphy  wfm@wirepaladin.com

Michael P. Cross  mcross@earthlaw.com
Leif D. Garrison  lgarrison@eaerthlaw.com

Stuart McKinley Paynter  stuart@smplegal.com

Jonathan Shub  jshub@seegerweiss.com
TerriAnne Benedetto  tbenedetto@seegerweiss.com

Christine Marie Fox  cfox@kaplanfox.com
Laurence D. King  lking@kaplanfox.com

By ___/s/ Darrell Palmer____
Darrell Palmer
