```
               FILED    ___ LODGED
           ___ RECEIVED ___ COPY

              SEP 2 4 2010

         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY_____ Z  DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: Lifelock Inc. Marketing and Sales Practices Litig., | MDL No. 08-1977-MHM-PHX |

## NOTICE OF APPEAL

Objecting class member James E. Pentz hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order of Dismissal With Prejudice (Document 218) entered by this Court on August 31, 2010.

James E. Pentz,
By his attorney,

John J. Pentz, Esq.
Class Action Fairness Group
2 Clock Tower Place, Suite 440
Maynard, MA  01754
Ph: (978) 461-1548
Fax: (978) 405-5161
Clasaxn@earthlink.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 21, 2010 he served a true copy of the foregoing document by first class U.S. mail on each of the counsel listed below:

Peter A. Antonucci, Esq.
Greenberg Traurig LLP
MetLife Building, Room 3932
200 Park Avenue
New York, NY 10166

Robert B. Carey, Esq.
Hagens Berman Sobol Shapiro LLP
11 W Jefferson Street, Suite 1000
Phoenix, AZ 85003

_____
John J. Pentz