**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

IN RE: LIFELOCK INC., MARKETING AND SALES PRACTICE LITIGATION

MDL Docket No. 08-1977-PHX-MHM

**NOTICE OF APPEAL**

To The Honorable District Judge:

Notice is hereby given that KRIS KLINGE and TRACEY COX KLINGE, Objectors, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order of Dismissal with Prejudice (Document 218) signed on August 25, 2010 and Judgment in a Civil Case (Document 219) entered on August 31, 2010 (which refer to the Joint Motion for Final Approval of the Class Action Settlement and Entry of Final Judgment and Order of Dismissal [Document 199] and Plaintiff's Petition for an Award of Attorney's Fees, Expenses and Incentive Fees [Document 209]).  Copies of the Order and Judgment are attached hereto.

Respectfully submitted,

/s/ Thomas L. Cox, Jr.
Thomas L. Cox, Jr.
*Pro Hac Vice*
4934 Tremont
Dallas, Texas  75214-5315
469-531-3313
tcox009@yahoo.com

**NOTICE OF APPEAL - PAGE 1**

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document will be served upon all registered USDC CM/ECF users on September _____, 2010.

                                               /s/ Thomas L. Cox, Jr.
                                               Thomas L. Cox, Jr.